# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01645-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| TING, INC. | § § | |
| Defendant. | § § | |
| _____ | § | |

## UNOPPOSED MOTION TO DISMISS TING, INC. WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") files this Unopposed Motion to Dismiss Defendant Ting, Inc. Without Prejudice.  In support of its Motion, Plaintiff states that neither party has filed an answer or a motion for summary judgment.

Wherefore, Rothschild moves this Court to dismiss this action and all claims by Rothschild against Ting, Inc., without prejudice, with each party to bear its own costs, attorney's fees and other litigation expenses and request that the Court enter the proposed order of dismissal submitted herewith.

| | |
|---|---|
| Dated: January 11, 2016 | Respectfully submitted, |

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

The undersigned certifies that on January 11, 2016, counsel for Plaintiff met and conferred with counsel for Defendant and that counsel for Defendant agreed to the motion.

*/s/ Jay Johnson*
Jay Johnson

### CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 11, 2016.

*/s/ Jay Johnson*
Jay Johnson