IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01645-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| TING, INC. | § § | |
| Defendant. | § § | |
| _____ | § | |

## ORDER OF DISMISSAL OF DEFENDANT TING, INC. WITHOUT PREJUDICE

On this day the Court considered the Unopposed Motion to Dismiss Ting, Inc. Without Prejudice, in the lawsuit between Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") and Ting, Inc.  Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Rothschild Connected Devices Innovations, LLC against Ting, Inc. are hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 14th day of January, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE